UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DON PEDERSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>                      Plaintiff,<br><br>v.<br><br>PENWEST PHARMACEUTICALS CO., KEVIN C. TANG, PETER F. DRAKE, JOSEPH E. EDELMAN, JOHN G. LEMKEY, DAVID P. MEEKER, ANNE M. VANLENT, RODERICK WONG, SAIID ZARRABIAN, ENDO PHARMACEUTICALS HOLDINGS, INC., AND WEST ACQUISITION CORP.,<br><br>                      Defendants. | Case No. 1:10-cv-06429<br><br>**NOTICE OF APPEARANCE FOR MICHAEL G. BONGIORNO** |

PLEASE TAKE NOTICE that, effective immediately, Michael G. Bongiorno, a partner at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), admitted to practice in this Court and a member in good standing of this Court, will be appearing on behalf of Defendants Penwest Pharmaceuticals Co., Kevin C. Tang, Peter F. Drake, Joseph E. Edelman, John G. Lemkey, David P. Meeker, Anne M. VanLent, Roderick Wong, and Saiid Zarrabian. Service of all pleadings, papers, and documents required to be served in this action should also be served on these defendants through counsel as follows:

                      Michael G. Bongiorno
                      WILMER CUTLER PICKERING HALE AND DORR LLP
                      399 Park Avenue
                      New York, NY 10022
                      Tel: (212) 937-7220
                      Fax: (212) 230-8888
                      michael.bongiorno@wilmerhale.com

DATED: New York, New York
October 4, 2010

/s/ Michael G. Bongiorno
Michael G. Bongiorno
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 937-7220
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com

*Counsel for Defendants Penwest Pharmaceuticals Co., Kevin C. Tang, Peter F. Drake, Joseph E. Edelman, John G. Lemkey, David P. Meeker, Anne M. VanLent, Roderick Wong, and Saiid Zarrabian*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DON PEDERSON, Individually And On Behalf Of All Others Similarly Situated,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>PENWEST PHARMACEUTICALS CO., KEVIN C. TANG, PETER F. DRAKE, JOSEPH E. EDELMAN, JOHN G. LEMKEY, DAVID P. MEEKER, ANNE M. VANLENT, RODERICK WONG, SAIID ZARRABIAN, ENDO PHARMACEUTICALS HOLDINGS, INC., AND WEST ACQUISITION CORP.,  )<br><br>Defendants.  ) | Case No. 1:10-cv-06429<br><br>**CERTIFICATE OF SERVICE** |

I hereby certify that on October 4, 2010, a copy of the foregoing Notice of Appearance as Counsel on Behalf of Defendants Penwest Pharmaceuticals Co., Kevin C. Tang, Peter F. Drake, Joseph E. Edelman, John G. Lemkey, David P. Meeker, Anne M. VanLent, Roderick Wong, and Saiid Zarrabian was filed electronically and served by mail on anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF System.

WILMERHALE LLP

By: /s/ Michael G. Bongiorno
Michael G. Bongiorno
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 937-7220
Fax: (212) 230-8888
michael.bongiorno@wilmerhale.com