# ORIGINAL

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DON PEDERSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PENWEST PHARMACEUTICALS CO., KEVIN C. TANG, PETER F. DRAKE, JOSEPH E. EDELMAN, JOHN G. LEMKEY, DAVID P. MEEKER, ANNE M. VANLENT, RODERICK WONG, SAIID ZARRABIAN, ENDO PHARMACEUTICALS HOLDINGS, INC., AND WEST ACQUISITION CORP.,<br><br>Defendants. | Case No. 1:10-cv-06429<br><br>**MOTION TO ADMIT COUNSEL**<br>*PRO HAC VICE* |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern District of New York, I, Ross E. Firsenbaum, a member of good standing

of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Peter J. Kolovos |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 60 State Street |
| City/State: | Boston, MA 02109 |
| Phone No.: | (617) 526-6493 |
| Fax No.: | (617) 526-5000 |
| E-Mail: | peter.kolovos@wilmerhale.com |

Peter J. Kolovos is a member in good standing of the bar of the State of Massachusetts.  There

are no pending disciplinary proceedings against Peter J. Kolovos in any State or Federal Court.

DATED: New York, New York
October 4, 2010

Ross E. Firsenbaum
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 295-6323
Fax: (212) 230-8888
ross.firsenbaum@wilmerhale.com

*Counsel for Defendants Penwest Pharmaceuticals Co., Kevin C. Tang, Peter F. Drake, Joseph E. Edelman, John G. Lemkey, David P. Meeker, Anne M. VanLent, Roderick Wong, and Saiid Zarrabian*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 4 day of October 4, 2010, a copy of the foregoing Motion to Admit Counsel Pro Hac Vice was filed with the Clerk of the Court.  The foregoing was also served on counsel, indicated below, by placing the same in the First Class Mail, addressed as follow:


**Joseph N. Sacca**
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, New York 10036

**Juan Eneas Monteverde**
Levi & Korsinsky, LLP
30 Broadway
15th Flr.
New York, NY 10004

Saverino Mercadante

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DON PEDERSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>       Plaintiff,<br><br>     v.<br><br>PENWEST PHARMACEUTICALS CO., KEVIN C. TANG, PETER F. DRAKE, JOSEPH E. EDELMAN, JOHN G. LEMKEY, DAVID P. MEEKER, ANNE M. VANLENT, RODERICK WONG, SAIID ZARRABIAN, ENDO PHARMACEUTICALS HOLDINGS, INC., AND WEST ACQUISITION CORP.,<br><br>       Defendants. | Case No. 1:10-cv-06429<br><br>**DECLARATION OF ROSS E. FIRSENBAUM IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

I, Ross E. Firsenbaum, declare under penalty of perjury, as follows:

1.  I am a senior associate at the law firm of Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale"), counsel for Defendants Penwest Pharmaceuticals Co., Kevin C. Tang, Peter F. Drake, Joseph E. Edelman, John G. Lemkey, David P. Meeker, Anne M. VanLent, Roderick Wong, and Saiid Zarrabian (the "Penwest Defendants") in this action. I make this statement based on my personal knowledge of the facts set forth herein and in support of the motion to admit Peter J. Kolovos as counsel *pro hac vice* to represent the Penwest Defendants in this matter.

2.  I am a member in good standing of the bar of the State of New York. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.  Mr. Kolovos is a partner at WilmerHale.

4.      Mr. Kolovos is, in my judgment, a skilled attorney and a person of integrity.  He is fully familiar with Federal practice and the Federal Rules of Civil Procedure.

5.      Accordingly, I move for the admission of Peter J. Kolovos, *pro hac vice*.  A proposed order granting the admission of Peter J. Kolovos, *pro hac vice*, is attached hereto.

WHEREFORE it is respectfully requested that this Court grant the motion to admit Peter J. Kolovos *pro hac vice*, to represent the Penwest Defendants in the above-captioned matter.

DATED: New York, New York
         October 4, 2010

Ross E. Firsenbaum
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Tel: (212) 295-6323
Fax: (212) 230-8888
ross.firsenbaum@wilmerhale.com

*Counsel for Defendants Penwest Pharmaceuticals Co., Kevin C. Tang, Peter F. Drake, Joseph E. Edelman, John G. Lemkey, David P. Meeker, Anne M. VanLent, Roderick Wong, and Saiid Zarrabian*

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

———————

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **nineteenth** day of **December** A.D. **1996** , said Court being the highest Court of Record in said Commonwealth:

## Peter James Kolovos

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **ninth** day of **September** in the year of our Lord **two thousand and ten**.

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DON PEDERSON, Individually And On Behalf Of All Others Similarly Situated, )<br><br>Plaintiff, )<br><br>v. )<br><br>PENWEST PHARMACEUTICALS CO., KEVIN C. TANG, PETER F. DRAKE, JOSEPH E. EDELMAN, JOHN G. LEMKEY, DAVID P. MEEKER, ANNE M. VANLENT, RODERICK WONG, SAIID ZARRABIAN, ENDO PHARMACEUTICALS HOLDINGS, INC., AND WEST ACQUISITION CORP., )<br><br>Defendants. ) | Case No. 1:10-cv-06429<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the motion of Ross E. Firsenbaum, attorney for Defendants Penwest Pharmaceuticals Co.,

Kevin C. Tang, Peter F. Drake, Joseph E. Edelman, John G. Lemkey, David P. Meeker, Anne M.

VanLent, Roderick Wong, and Saiid Zarrabian (the "Penwest Defendants"), and the sponsor

attorney's declaration in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Peter J. Kolovos |
| Firm Name: | Wilmer Cutler Pickering Hale and Dorr LLP |
| Address: | 60 State Street |
| City/State: | Boston, MA 02109 |
| Phone No.: | (617) 526-6493 |
| Fax No.: | (617) 526-5000 |
| E-Mail: | peter.kolovos@wilmerhale.com |

is admitted to practice *pro hac vice* as counsel for the Penwest Defendants in the above-captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.


DATED:        _____ ___, 2010
              New York, New York            _____
                                            Jed S. Rakoff
                                            United States District Judge

2