UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| DON PEDERSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>                     v.<br><br>PENWEST PHARMACEUTICALS CO., KEVIN C. TANG, PETER F. DRAKE, JOSEPH E. EDELMAN, JOHN G. LEMKEY, DAVID P. MEEKER, ANNE M. VANLENT, RODERICK WONG, SAIID ZARRABIAN, ENDO PHARMACEUTICALS HOLDINGS, INC., AND WEST ACQUISITION CORP.,<br><br>                          Defendants. | Case No. 1:10-cv-06429<br><br>**ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION**<br><br> |

Upon the motion of Ross E. Firsenbaum, attorney for Defendants Penwest Pharmaceuticals Co., Kevin C. Tang, Peter F. Drake, Joseph E. Edelman, John G. Lemkey, David P. Meeker, Anne M. VanLent, Roderick Wong, and Saiid Zarrabian (the "Penwest Defendants"), and the sponsor attorney's declaration in support;

**IT IS HEREBY ORDERED** that

        Applicant's Name:    Peter J. Kolovos
        Firm Name:             Wilmer Cutler Pickering Hale and Dorr LLP
        Address:                60 State Street
        City/State:             Boston, MA 02109
        Phone No.:            (617) 526-6493
        Fax No.:               (617) 526-5000
        E-Mail:                peter.kolovos@wilmerhale.com

is admitted to practice *pro hac vice* as counsel for the Penwest Defendants in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

DATED:   10/14, 2010
New York, New York

Jed S. Rakoff
United States District Judge