UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DON PEDERSON, Individually And On Behalf Of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>v.<br><br>PENWEST PHARMACEUTICALS CO., KEVIN C. TANG, PETER F. DRAKE, JOSEPH E. EDELMAN, JOHN G. LEMKEY, DAVID P. MEEKER, ANNE M. VANLENT, RODERICK WONG, SAIID ZARRABIAN, ENDO PHARMACEUTICALS HOLDINGS, INC., AND WEST ACQUISITION CORP.<br><br>                        Defendants. | **Case Number** 10 Civ. 6429 (JSR)<br><br><br>**NOTICE OF DISMISSAL** |

      Notice is hereby given that pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff Don Pederson voluntarily dismisses with prejudice the above-titled action against Defendants Penwest Pharmaceuticals Co., Kevin C. Tang, Peter F. Drake, Joseph E. Edelman, John G. Lemkey, David P. Meeker, Anne M. Vanlent, Roderick Wong, Saiid Zarrabian, Endo Pharmaceuticals Holdings, Inc., And West Acquisition Corp. (collectively "Defendants"). This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: July 6, 2011                                        **FARUQI & FARUQI, LLP**

                                                               By: */s/ Shane T. Rowley*
                                                               Shane T. Rowley (SR 0740)
                                                               Juan E. Monteverde (JM 8169)
                                                               369 Lexington Ave., 10th Floor
                                                               New York, NY 10017
                                                                Tel: 212-983-9330
                                                                Fax: 212-983-9331

                                                                *Attorneys for Plaintiff*

TO:    Scott D. Musoff, Esq.
Skadden Arps Slate Meagher & Flom LLP
Four Times Square
New York, NY 10036
Tel: 212-735-3000
Fax: 212-735-2000

Edward P. Welch, Esq.
Skadden Arps Slate Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
Tel: 302-651-2000
Fax: 302-651-2001

Peter J. Kolovos, Esq.
Wilmer Hale Pickering Hale and Dorr, LLP
60 State Street, Boston, Massachusetts 02109
Tel: 617-526-6493
Fax: 617-526-5000

Michael G. Bongiorno, Esq.
Wilmer Hale Pickering Hale and Dorr, LLP
399 Park Avenue
New York, NY 10022
Tel: 212-937-7220
Fax: 212-230-8888

*Attorneys for Defendants*